UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  **ED CV 18-00399 PA (AFM)**                                    Date:  **April 18, 2018**

Title     **Christopher Fearon v. G. O'Neal, et al.**

---

Present: The Honorable:     ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  Order to Show Cause**

    On February 26, 2018, the *pro se* Plaintiff filed a Civil Rights Complaint and Request to Proceed Without Prepayment of Filing Fees with Declaration in Support.  On March 5, 2018, the Court granted plaintiff's request to proceed *in forma pauperis.*  On March 7, 2018, the Court advised plaintiff that the Court was screening his complaint pursuant to 28 U.S.C. 1915(e)(2) and should it determine that the complaint may be served on defendants, it would provide him with further instructions.  Plaintiff also was advised of his obligation to notify the Court immediately of any change of address and that failure by plaintiff to comply with a Court order where he did not receive the order due to his failure to inform the Court of his current address may result in the action being dismissed for failure to prosecute.  *See Carey v. King,* 856 F.2d 1439, 1440-41 (9th Cir. 1988); Local Rule 41-6.

    On March 19, 2018, the Court received as undeliverable the March 7, 2018 Order on Request to Proceed In Forma Pauperis.  The notation on the envelope from the Central Detention Center, plaintiff's address of record, indicates that plaintiff is not in custody.

    Plaintiff shall show cause on or before **May 9, 2018**, why this action should not be dismissed due to plaintiff's failure to notify the Court of his current address.  The filing of the Notice of Change of Address on or before May 9, 2018 shall discharge the order to show cause.  **Plaintiff is hereby cautioned that failing to comply with this Order and/or to show cause, will result in the recommendation that this action be dismissed for failure to prosecute.**

    IT IS SO ORDERED.

|  | : |
|---|---|
|  | **Initials of Preparer**    ib |